

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00011-CR

| | | |
|---|---|---|
| TROY E. DOVE, Appellant | § | On Appeal from County Criminal Court No. 1 |
| | § | of Tarrant County (1559206) |
| V. | § | January 30, 2020 |
| | § | Opinion by Justice Birdwell |
| | § | |
| THE STATE OF TEXAS | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the enhancement and to reflect that Dove did not plead true to any enhancement. We further modify the judgment and the bill of costs to delete the $100 emergency services fee, leaving total costs of $332.10. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By    /s/ Wade Birdwell           
      Justice Wade Birdwell